O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01121-SGL(JTLx)                    Date: November 3, 2008

Title:    ROBIN WITTE and DAN WITTE -*v*- CTX MORTGAGE, LLC., ET AL.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                             Theresa Lanza
           Courtroom Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Timothy L. McCandless                    Thomas N. Abbott

PROCEEDINGS:    **Defendant's Motion to Dismiss, No. 5 (efiled 9/9/08)**

      This matter was heard on November 3, 2008.  Defendant's motion is **GRANTED**.
The action is dismissed without prejudice.  Plaintiff is granted ten days' leave to amend the
complaint.

      The Court has not considered, and hereby **STRIKES** the unauthorized "Sur Reply"
filed by plaintiffs on October 31, 2008.

      **IT IS SO ORDERED.**